```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                    AUG 28 2006

                                JAMES R. LARSEN, CLERK
                                _____ DEPUTY
                                  RICHLAND, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-05-2075-16-EFS |
| Plaintiff, | |
| v. | **ORDER DISMISSING INDICTMENT** |
| NOE ISSAC RANGEL-ZARATE, | (Without Prejudice) |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed without prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 28th day of August, 2006.

_____
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE