```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                              EASTERN DISTRICT OF WASHINGTON

                                    AUG 28 2006

                                 JAMES R. LARSEN, CLERK
                                 _____DEPUTY
                                   RICHLAND, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>NOE ISSAC RANGEL-ZARATE,<br><br>        Defendant. | NO: CR-05-2075-16-EFS<br><br>**ORDER DISMISSING INDICTMENT**<br><br>(Without Prejudice) |

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed without prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 28th day of August, 2006.

_____
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE